PHINEAS SILSBY *versus* ELIJAH CONVERSE. 

PAPERS IN FILE (1825): (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) precipe for discontinuance.
*1824–36 Calendar*, MS p. 65.

 JAMES SMILEY *versus* WHITMORE KNAGGS. 

PAPERS IN FILE (1825): (1) Precipe for habeas corpus.
*1824–36 Calendar*, MS p. 71.

 BENJAMIN DAVIS *versus* WYMAN A. TOWN. 

PAPERS IN FILE (1825): (1) Precipe for habeas corpus.
*1824–36 Calendar*, MS p. 82.

 THOMAS EMERSON *versus* CHARLES WILLCOX AND JOSEPH SPENCER. 

PAPERS IN FILE (1825): (1) Precipe for habeas corpus.
*1824–36 Calendar*, MS p. 88.

 SETH WELLS *versus* LEVI S. HUMPHREY. 

PAPERS IN FILE (1825): (1) Capias.
*1824–36 Calendar*, MS p. 92.

 WILLIAM THOMAS *versus* JOHN M. ROCKWELL. . . . .

PAPERS IN FILE (1828): (1) Precipe for certiorari.

 PARKER & HURD *versus* CORNEALIAUS SCANLON. 

PAPERS IN FILE (1829): (1) Affidavit and petition for certiorari, allocatur; (2) precipe for certiorari; (3) bond for certiorari; (4) precipe for discontinuance.
*1824–36 Calendar*, MS p. 181.

 EUROTAS P. HASTINGS, ADMINISTRATOR, ETC., OF JAMES STEWART *versus* JOSEPH F. MARSAC.

PAPERS IN FILE (1829): (1) Affidavit and petition for certiorari and supersedeas, allocatur.
*1824–36 Calendar*, MS p. 187.